# EXHIBIT E

LAW OFFICES
**SCHREEDER, WHEELER & FLINT, LLP**
1100 PEACHTREE STREET, NE
SUITE 800
ATLANTA, GEORGIA 30309-4516

(404) 681-3450
FACSIMILE: (404) 681-1046

Lynn C. Stewart                                        E-Mail: lstewart@swfllp.com
                                                       Direct Dial: (404) 954-9865

April 16, 2021

*Via Email*

Vanessa Wu, Esq.                                       **Email:** vanessa@rippling.com
General Counsel
People Center, Inc. d/b/a Rippling ("Rippling")
2443 Fillmore St. #380-7361
San Francisco, CA 94115

Attn: Rippling Legal Department                        **Email:** notices@rippling.com
2443 Fillmore St #380-7361
San Francisco, CA 94115

**Re:   Continued Recruitment of Namely, Inc. employees subject to restrictive covenants**

Dear Ms. Wu:

     This firm represents Namely, Inc. ("Namely" or the "Company"). By letter dated February 28, 2021, and again by email of April 13, 2021, you were advised that several recent Rippling hires, primarily in the client operations organization working out of Namely's Atlanta office, had been recruited to work at Rippling. You were provided a copy of Namely's Proprietary Information and Inventions Agreement ("PIIA") which contains restrictive covenants applicable to its employees' post-employment activities.

     Despite Namely's attempt to proactively reach out to personally advise you that Rippling was hiring individuals from a direct competitor who may be in violation of their PIIA due to their participation in Rippling's repeated attempts to hire Namely co-workers, and use of Namely's Confidential Information, there has been no response to date from Rippling. Rippling has, in fact, continued to aggressively hire Namely employees, some of whom appear to be direct reports to Sarah Baig, a former Namely employee who is subject to the non-recruitment provisions of her Namely PIIA through November 12, 2021. By letter dated April 16, 2021, Namely has advised Ms. Baig of the breach of her post-employment obligations and the distinct possibility of litigation if such actions continue. A copy of this correspondence to Ms. Baig is enclosed.

LAW OFFICES<br>
SCHREEDER, WHEELER & FLINT, LLP

Page 2
April 16, 2021

Rippling is again requested to take all necessary steps to ensure that former Namely employees currently working at Rippling comply with their legal obligations to their former employer. Namely thus anticipates that there will be no further need to proceed against the former Namely employees, and their new employer, if the improper recruiting tactics end and no Namely Confidential Information is provided to or utilized by Rippling.

However, in the event that this dispute continues please ensure that a litigation hold is placed on all Rippling communications from May 1, 2020 on, including to or from the ex-Namely employees on the attached list, as well as other Rippling departments and employees including the human resources department, the customer service department, and Deva Santiago, VP of Human Talent. The full extent of the litigation hold is delineated in the cease and desist letter sent to Ms. Baig enclosed herein.

Sincerely,

*/s/ Lynn C. Stewart*
Lynn C. Stewart

Enclosures

LAW OFFICES
**SCHREEDER, WHEELER & FLINT, LLP**

Page 3
April 16, 2021

|  |  |  |  |
|---|---|---|---|
| Douglas | Chiki | Client Operations | 8/14/2020 |
| Mischelle | Park | Client Operations | 11/6/2020 |
| Sara | Baig | Client Operations | 11/13/2020 |
| Samuel | Rothman | Client Operations | 2/26/2021 |
| Kylee | Reeves | Client Operations | 3/22/2021 |
| Theodore | Werner | Client Operations | 4/7/2021 |
| Tedros | Woldagabriel | Client Operations | 4/16/2021 |