# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NAMELY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CIVIL ACTION FILE NO. |
| ) | 1:21-cv-02777-JPB |
| PEOPLE CENTER, INC. d/b/a ) | |
| RIPPLING; RIPPLING PEO 1, INC; ) | |
| RIPPLING PEO 2, INC.; RIPPLING ) | |
| PEO 3, INC; JESER QUINONES; ) | |
| DOUGLAS CHIKI; MISCHELLE ) | |
| PARK; SAMUEL ROTHMAN; KYLEE ) | |
| REEVES; THEORDORE WERNER; ) | |
| SHIVANI DESAI; MADISON ) | |
| ROBERTSON; and BRITTANY ) | |
| JACOBS, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DISMISSAL

COMES NOW, Plaintiff, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), hereby dismisses the above-referenced civil action WITHOUT PREJUDICE.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Kenneth G. Menendez*
Kenneth G. Menendez
Georgia Bar No. 502045
kmenendez@fmglaw.com
William H. Buechner, Jr.
Georgia Bar No. 086392
bbuechner@fmglaw.com

Counsel for Plaintiff Namely, Inc.

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
T: (770) 818-0000
F: (770) 937-9960

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically submitted the foregoing **NOTICE OF DISMISSAL** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants.  Counsel of record are:

Michael P. Elkon
Dana Schwartzenfeld
FISHER & PHILLIPS LLP
1075 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30309

This 19th day of August, 2021.

           */s/ Kenneth G. Menendez*
           Kenneth G. Menendez
           Georgia Bar No. 502045

           Counsel for Plaintiff Namely, Inc.

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
T:  (770) 818-0000
F:  (770) 937-9960